# IN THE UNITED STATES DISTRICT COURT
### For The
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:21-po-00157-SAB |
| | ) | |
|           Plaintiff, | ) | [Citation F5239327] |
| v. | ) | |
| | ) | **DEFENDANT'S STATUS REPORT ON** |
| KEYLEE A. HURLEY | ) | **UNSUPERVISED PROBATION** |
| | ) | |
|           Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**     36 CFR § 261.12(d): Blocking a NFS Road with a Vehicle

**Sentence Date:**     October 1, 2021

**Review Hearing Date:** March 17, 2022 at 10:00 a.m. Courtroom 9

**Probation Expires On:** April 1, 2022

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $280.00 which Total Amount is made up of a Fine: $ 240.00 Special Assessment: $ 10.00 Processing Fee: $ 30.00 Restitution: $ 0.00

☒     Payment schedule of $280.00 to be PAID IN FULL by 01-01-2022.

☐     **Community Service hours Imposed of:** N/A

☒     **Other Conditions:** The defendant shall notify the court and, if represented by Counsel, your counsel, of any change of address and contact number; The defendant is ordered to personally appear for a Probation Review Hearing on 3/17/2022 at 10:00 am before U.S. Magistrate Judge Stanley A. Boone; A status report regarding the Defendant's performance on probation shall be filed 14 days prior to the Probation Review; and Pursuant to 18 USC § 3572(d)(3), while on probation and subject to any financial obligation of probation, defendant shall notify the court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the full financial obligation.

### *COMPLIANCE:*

☒     Defendant has complied with and completed <u>all</u> conditions of probation described-above.

    **Otherwise:**

☐     Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

        If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐     To date, Defendant has paid a total of $
      ☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
                                                                                                      Amount:

☐       To date, Defendant has performed Click here to enter text. hours of community service.

☐       Compliance with Other Conditions of Probation:


## *GOVERNMENT POSITION:*

☒       The Government agrees to the above-described compliance.

☐       The Government disagrees with the following area(s) of compliance:

**Government Attorney:  Jeffrey A. Spivak**          Dated:  February 10, 2022

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒       that the review hearing set for 3/17/2022 at 10:00 a.m. in Courtroom 9

   ☐       be continued to Click here to enter a date. at 10:00 a.m.; or

   ☒       be vacated.

☒       that Defendant's appearance for the review hearing be waived.


DATED: March 1, 2022                    /s/ Keylee A. Hurley
                                        KEYLEE A. HURLEY, Defendant
                                        PRO SE


# **O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒       GRANTED.  The Court orders that the Review Hearing be vacated.

☐       DENIED.


IT IS SO ORDERED.

Dated:   **March 1, 2022**

UNITED STATES MAGISTRATE JUDGE